IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRANDI BOOKER | : | CIVIL ACTION |
| *ADMINISTRATOR, ESTATE OF ELAINE BOOKER* | : | No. 15-5070 |
| v. | : | |
| UNITED STATES OF AMERICA | : | |

## **JUDGMENT**

AND NOW, this 19th day of July, 2018, it is ORDERED that Judgment is entered in favor of the United States of America as to all claims in Plaintiff's Complaint. The Clerk of Court is DIRECTED to mark this case as CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez

Juan R. Sánchez, J.